1032

No. 96–6294.  STRAUB v. ZOLLAR.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–6300.  LOOMER v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 96–6314.  KENNEY v. STARK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–6321.  MESSERSCHMIDT v. RILEY, SECRETARY OF EDUCATION, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–6340.  OLSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–6355.  LAIRD v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 96–6374.  HANSON v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 96–6375.  FEINSTEIN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–6462.  SELBY v. ABRAHAM, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–6473.  HUNT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 96–6505.  NICHOLSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 96–6528.  HAMPTON v. UNIVERSITY OF MARYLAND AT BALTIMORE.  Ct. Sp. App. Md.  Certiorari denied.

No. 96–6536.  MITCHELL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.